# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAMES FRANKLIN McCLELLAND,

    Plaintiff(s),

vs.

JOSEPH HARRIS AND MIKEAL BUSH,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV273-3-MU

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2006, Order.

Signed: November 7, 2006

_____
Frank G. Johns, Clerk
United States District Court